**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

---

In re:                                         : Case No. 99-51806 AHWS

GANTOS, INC.                                   : (CHAPTER 7)

            Debtor(s).                         :

---

**FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION FOR DISCHARGE**

The undersigned trustee reports:

1. All funds on hand have been distributed in accordance with the Trustee's Final Dividend Distribution Report, except for small/unclaimed dividends paid to the Clerk for deposit into the Registry Fund, as reported in the Reports of Small/Unclaimed Dividends previously filed with this Court.

2. A summary of the distribution of gross receipts from the liquidation of all property of the estate is as follows:

$ 1,407,270.84    a. GROSS RECEIPTS

**FEES AND EXPENSES**

$ 65,468.13    b. Trustee Compensation

$ 345,021.00   c. Fee for Attorney for Trustee

        $ 345,021.00   Trustee's Firm

        $ 0.00         Other Firm

        $ 0.00         Other Counsel

$ 12,329.00    d. Other Professional Fees

        $ 0.00         Trustee/or Firm

        $ 12,329.00    Other Professionals

| | | | |
|---|---|---|---|
| $ 85,722.43 | e. Administrative Costs | | |
| | | $ 84,822.43 | Trustee/All other prof. expenses |
| | | $ 900.00 | Clerk Costs |
| | | $ 0.00 | Post-petition wages and taxes |
| $ 667,176.00 | f. Prior Chapter Conversion Costs | | |
| | | $ 0.00 | UST Quarterly Fees |
| | | $ 0.00 | Section 506 Exp. |
| | | $ 0.00 | Other |

**DISTRIBUTIONS**

| | | | |
|---|---|---|---|
| $ 231,545.91 | g. Secured Creditors | | |
| $ 8.37 | h. Priority Creditors | | |
| $ 0.00 | i. Unsecured Creditors | | |
| $ 1,407,270.84 | j. SUBTOTAL (lines b. through i.) | | |
| $ 0.00 | k. Other Distributions | | |
| | | $ 0.00 | Surplus to debtor |
| | | $ 0.00 | Payment of exemption |
| | | $ 0.00 | Not estate property |
| $ 1,407,270.84 | l. TOTAL DISBURSEMENTS (lines j. and k. should equal GROSS RECEIPTS) | | |

3. All original estate bank statements, deposit slips, canceled checks, and advices of bank charges or credits have been submitted to the United States Trustee.

4. The undersigned certifies that, on this date, the original and a copy of this report has been submitted to the United States Trustee for review. All original bank statements and canceled checks subsequent to the Final Dividend Distribution Report are submitted herewith. The most current bank statement shows a zero balance.

      WHEREFORE, I certify under penalty of perjury that the above statements are true and correct and, pursuant to FRBP 5009, this estate has been fully administered. I request that this report be approved and that I be discharged from any further duties as trustee.

DATED:      June 17, 2008.      TRUSTEE:    /s/ Richard M. Coan

      Richard M. Coan, Trustee (ct06376)
      Coan, Lewendon, Gulliver & Miltenberger, LLC
      495 Orange Street
      New Haven, CT 06511
      Telephone:    (203) 624-4756
      Facsimile:    (203) 865-3673
      rcoan@coanlewendon.com

**PART A**  **FORM 4 - Distribution Report for Closed Asset Cases**

Case No. : 99-51806 AHWS   Date Submitted: 06/17/08
Case Name : GANTOS, INC.   Trustee Name : RICHARD M. COAN
Date Filed/Converted to Ch. 7 : 06/20/00

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $1,407,270.84 | 100.00% |
| Less: Funds Paid to Debtor: | | |
| Exemptions | 0.00 | 0.00% |
| Excess Funds | 0.00 | 0.00% |
| Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$1,407,270.84** | **100.00%** |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 937.09 | 231,545.91 | 16.45% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | **$937.09** | **$231,545.91** | **16.45%** |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $65,468.13 | $65,468.13 | 4.65% |
| Trustee Expenses | 8,594.73 | 8,594.73 | 0.61% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 345,021.00 | 345,021.00 | 24.52% |
| Trustee's Firm Legal Expenses | 0.00 | 2,039.01 | 0.14% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 12,329.00 | 12,329.00 | 0.88% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 64,188.69 | 4.56% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
| U.S. Trustee Fees | 10,000.00 | 10,000.00 | 0.71% |
| Court Costs | 900.00 | 900.00 | 0.06% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | **$442,312.86** | **$508,540.56** | **36.14%** |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)    (From attached Part B)** | **$4,347,959.24** | **$667,176.00** | **47.41%** |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6) & (9) | 260,205.20 | 8.37 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | **$260,205.20** | **$8.37** | **0.00%** |
| **GENERAL UNSECURED CLAIMS** | **$0.00** | **$0.00** | **0.00%** |
| **TOTAL DISBURSEMENTS** | **$5,051,414.39** | **$1,407,270.84** | **100.00%** |

**PART B**          **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 99-51806 AHWS      **Date Submitted:** 06/17/08
**Case Name :** GANTOS, INC.      **Trustee Name :** RICHARD M. COAN
**Date Filed/Converted to Ch. 7 :** 06/20/00

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
|   Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Trustee Expenses | 0.00 | 0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 144,000.10 | 20,421.75 | 1.45% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 359,424.75 | 101,539.88 | 7.22% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
|   Operating Expenses | 3,844,534.39 | 545,214.37 | 38.74% |
|   Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$4,347,959.24** | **$667,176.00** | **47.41%** |